FILED

APR 0 4 2017

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 16–32–M–DLC |
| Plaintiff-Appellee, | ORDER AND OPINION |
| vs. | |
| BRIAN F. CHARETTE, | |
| Defendant-Appellant. | |

On March 15, 2017, this Court affirmed the judgment and sentence of Magistrate Judge Jeremiah C. Lynch in MJ 15–59–JCL. The Court has been advised that Defendant Charette has appealed this Court's order. At the sentencing hearing, Charette advised Judge Lynch of his intent to appeal and moved to stay execution of the judgment pending his appeal. Judge Lynch granted the motion. This Court will continue the stay pending final resolution of the appeal.

Accordingly, IT IS ORDERED this Court's Judgment dated March 15, 2017 (Doc. 9) is STAYED pending Defendant's appeal.

Dated this 4th day of April, 2017.

Dana L. Christensen, Chief Judge
United States District Court